**No. 42624.**—Protests 956635–G, etc., of Henry Pollak, Inc. (New York).

Opinion by Evans, J.   On the record presented the protests were overruled.

**No. 42625.**—Protest 955427–G of I. L. Toledano Corp. (New York).

Opinion by Evans, J.   On the record presented the protest was overruled.

Before the Third Division, November 3, 1939

**No. 42626.**—Protest 988867–G of Capitol Distributors Corp. (New York).

Opinion by Cline, J.   No evidence was offered in support of the claim made. On the record presented the protest was overruled.

**No. 42627.**—Protest 953640–G of W. E. Lindemann (New York).

Opinion by Cline, J.   The protest was submitted without evidence in support of the claims made.   On the record presented it was overruled.

**No. 42628.**—Protest 917068–G of Industrial Export & Import Co. (New York).

Opinion by Cline, J.   It appeared that neither the skins nor the cases were marked at the time of importation to indicate the country of origin.   On the authority of *Givaudan* v. *United States* (22 C. C. P. A. 115, T. D. 47104) the protest was overruled.

**No. 42629.**—Petition 5830–R of Marks & Rosenfeld, Inc. (New York).

Opinion by Cline, J.   On appeal to reappraisement it was held that the entered *per se* values of the relish dishes were correct but that the deduction for inland freight should be as found by the appraiser.   It appeared that the cost for freight depended on the time of the year the merchandise was shipped, that when the river Elbe was frozen shipments were made by railroad but otherwise they came part of the journey on the river, and that the freight varied.   From the evidence it was found that the importer acted without intention to misrepresent the facts or to defraud the revenue.   The petition was therefore granted.

**No. 42630.**—Petition 5895–R of Nozaki Bros., Inc. (New York).

Opinion by Cline, J.   It appeared that appeals to reappraisement were abandoned because the importer could not get affidavits from all of the exporters. As there was an honest difference of opinion between the importer and the appraiser it was held that there was no intention to defraud the revenue or to deceive the appraiser as to the value of the goods.   The petition was therefore granted. *Snow* v. *United States* (1 Cust. Ct. 46, C. D. 13) cited.